UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.: 3:24-mj-1282 |
| | ) | |
| | ) | JUDGE HOLMES |
| RAUL VALDEZ-CAMARILLO | ) | |

## UNITED STATES' MOTION FOR DETENTION HEARING AND FOR DETENTION OF THE DEFENDANT

COMES NOW the United States of America by Thomas J. Jaworski, Acting United States Attorney, and Brooke C. Farzad, Assistant United States Attorney, and moves this Court for a detention hearing and for detention of the Defendant in this matter. Federal law holds that "the judicial officer shall hold a hearing to determine whether any conditions or combination of conditions…will reasonably assure…the safety of any other person and the community – upon motion of the attorney for the Government or upon the judicial officer's own motion in a case, that involves……any felony…that involves the possession of or use of a firearm." 18 U.S.C. § 3142(f)(1)(A)-(E). The statement in support of the Criminal Complaint in this case describes that the Defendant possessed a firearm in violation of 18 U.S.C. § 922(g)(5)(a), which is a felony.

Moreover, the Defendant is a native and citizen of Mexico and is unlawfully present in the United States. Accordingly, knowing the risk of deportation, if released pretrial in this case, there is a significant risk that the Defendant will flee the District to avoid deportation. Further, the United States would also submit that the alleged offense, as described in the Criminal Complaint, involves the possession of an AR-style rifle along with marijuana, thus the Defendant poses a danger to the community.

The United States respectfully requests a continuance of three business days in order to adequately prepare for the hearing in this matter.

Respectfully submitted,

THOMAS J. JAWORSKI
Acting United States Attorney

By:

 */s/ Brooke C. Farzad*
BROOKE C. FARZAD
Assistant U.S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing will be served electronically to counsel for defendant via CM/ECF on the 12th day of November, 2024.

                                    */s/Brooke C. Farzad*
                                    Brooke C. Farzad
                                    Assistant United States Attorney